58,466-07

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

Mr. Abel Acosta;
Clerk of the Court of Criminal Appeals of Texas.

A true and correct copy of this letter was mailed to the Ector County District Clerk, Mrs. Clarissa Webster;

Address and direct the District Clerk according with Texas Rules of Appellate Procedure. Rule 34.5: directing the trial court clerk to perpare, certify and file in the Court of Criminal Appeals a supplement continuing items and forward a copy to applicant, as to the trial court transcript omitted from the record in cause no. A-37,410 November, 1, 2010. I understand that it may take some time to perpare and that request not be restricted, or limited to. But to include any warrants issued for obtaining applicant's blood speciman or any other type of consent for the sole purpose of obtaining a blood speciman in cause no. A-37,410. And further to include any motions filed, dispositions, waivers, guilty pleas, plea agreements and to include Judgment and Punishment in cause no. 07-3531. November, 9, 2007. And to include any motions filed, dispositions, waivers, plea agreements. guilty pleas, Judgment and punishment in cause no. 09-2302., In the County court of law no. 2

Am presently incarcerated and at the Goree prison unit mailroom which records in its log all legal mail for a period of up to five (5) years.

Any and all documents can be mailed to the following address:
 ℅  Jesse Briones #1682650
     Goree Unit
     7405 Hwy 75 South
     Huntsville, Texas 77344

September, 19, 2015